IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**: <br><br> **RICARDO DIAZ GONZALEZ** <br><br> **Debtor** | **CASE NO. 20-02960 (BKT)** <br><br> **Chapter 13** |

**NOTICE OF APPEARANCE UNDER RULE 9010(b)
OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AND REQUEST FOR NOTICE TO
CREDITORS UNDER RULE 2002**

**SARLAW LLC** hereby enters its appearance as counsel on behalf of **BANCO POPULAR DE PUERTO RICO, SERVICER FOR FANNIE MAE** (hereinafter **"Banco Popular"**), a party in interest, and requests copies of all filings and notices henceforth.

s/SERGIO A. RAMIREZ DE ARELLANO
**SERGIO A. RAMIREZ DE ARELLANO
SARLAW LLC
Attorneys for Banco Popular
Banco Popular Center, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009**
Tel. 765-2988; 764-6392
Fax No. 765-2973
USDC No. 126804
sramirez@sarlaw.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties which have made an electronic appearance in this case.

s/SERGIO A. RAMIREZ DE ARELLANO
**SERGIO A. RAMIREZ DE ARELLANO**